| PROB 22 (Rev. 11/23) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 21 CR 603-002 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00148-JAD-BNW-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Alan Anderson Los Vegas, NV | DISTRICT SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| | NAME OF SENTENCING JUDGE Valerie E. Caproni, U.S. District Judge |
| | DATES OF PROBATION/SUPERVISED RELEASE: FROM 7/1/2024  TO 6/30/2027 |

OFFENSE

Conspiracy to Commit Health Care Fraud, a Class C Felony in violation of 18 U.S.C. § 1349, 18 U.S.C. § 1347

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Longstanding residence and ties in the District of Nevada; Non-Compliance (New Criminal Conduct, Failure to Pay Restitution, Failure to Follow instructions of Probation) to be handled via Violation in-district following transfer.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5/28/2025
*Date*                                                    *United States District Judge*

**By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Alan Anderson's supervision from the Southern District of New York to the District of Nevada, the sealed records of the Court in the above-styled matter relating to Alan Anderson are unsealed for the limited purpose of transferring those records to the United States District Court for the District of Nevada and to the Probation Department in that district.**

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and and assumed by this Court from and after the entry of this order.

6/4/2025
*Effective Date*                                          *United States District Judge*

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Alan Anderson

Case No.: 1:21CR00603

To Be Assigned

May 23, 2025

TO:     The Honorable District Court Judge

On February 10, 2023, the Honorable Valerie Caproni sentenced Anderson to 24 months custody followed by three (3) years of supervised release for committing the offense of Conspiracy to Commit Health Care Fraud. On July 1, 2024, Anderson commenced supervision in the District of Nevada (D/NV).

The purpose of this letter is to inform the District of Nevada that the Southern District of New York has initiated a transfer of jurisdiction (TOJ) as evidenced by the signed probation form (prob) 22. Anderson has significant ties to the community and has no intentions of returning to the Southern District of New York, thus a transfer of jurisdiction is appropriate in this case. The probation form 22 is attached for the Court's review.

Should you have any questions, please contact the undersigned at Deleyna_Joseph@nvp.uscourts.gov or (702) 236-2134.

Respectfully submitted,

*Digitally signed by Deleyna Jensen*
*Date: 2025.05.23 14:40:19 -07'00'*

Deleyna Jensen
United States Probation Officer

Approved:

*Digitally signed by Steve Goldner*
*Date: 2025.05.23 14:32:41 -07'00'*

Steve M Goldner
Supervisory United States Probation Officer

ADDENDUM TO PETITION (Probation Form 12)
RE: Alan Anderson