**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00148-JAD-BNW |
| Plaintiff, | **ORDER TO CONTINUE REVOCATION HEARING** |
| v. | |
| ALAN ANDERSON, | |
| Defendant. | |

ORDER

IT IS ORDERED that the revocation hearing currently scheduled for September 3, 2025, be vacated and continued to September 22, 2025, at the hour of 11:30 a.m.

DATED this 2nd day of September, 2025.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

1